# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER CELESTINE

NO. 2019 KW 1479

⌐JAN 0 6 2020

---

In Re:    Peter Celestine, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 19-06524.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** The record of the East Baton Rouge Parish Clerk of Court shows that on October 10, 2019, relator was billed with second degree sexual battery and home invasion under docket number 19-06524.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
               FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special appointment of the Louisiana Supreme Court.